RICHARD J. ALEXANDER-79698
LAW OFFICES OF RICHARD J. ALEXANDER
201 West Richmond Avenue, Suite 3
Pt. Richmond, CA  94801
510-232-9100

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| RICHMOND BAY MARINA, LLC, doing business as MARINA BAY YACHT HARBOR, <br><br> Plaintiff, <br> vs. <br><br> THE VESSEL "QINGDAO", her engines, rigging, sails, boats, tackle, apparel and furniture, No.739860, <br><br> Defendant. | ) Case No.: <br> ) <br> ) IN ADMIRALTY <br> ) <br> ) VERIFIED COMPLAINT TO <br> ) ENFORCE MARITIME LIEN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

    1.   This is a case of admiralty and maritime jurisdiction as hereinafter more fully set forth.

    2.   Plaintiff Richmond Bay Marina, LLC (hereafter RICHMOND BAY MARINA) is, and at all times herein mentioned was, a California limited liability company, authorized to do and doing business as Marina Bay Yacht Harbor in the State of California, with its principal place of business in the City of Richmond, County of Contra Costa, State of California.

3. Plaintiff is informed and believes that the defendant vessel "QINGDAO", Official Number 739860, is a fiberglass recreational trimaran sailing vessel, approximately 98 feet in length with a beam of approximately 54 feet (hereinafter "vessel").

4. The defendant vessel is now within this district and the jurisdiction of this court and will remain here during the pendency of this action.

5. On or about January 17, 2016, Qingdao Sports Industry Development Co. Ltd. and Brilliant Journey Management Ltd., as the reputed co-owners of said vessel, entered into a written agreement (hereinafter "Berth License Agreement") with the plaintiff for afloat berthing in slip D-215A at RICHMOND BAY MARINA's Marina Bay Yacht Harbor located adjacent to 1340 Marina Way South, Richmond, California at a monthly rate of $1,093.16. The reputed co-owners tied up their vessel at slip D-215A and she has remained there ever since.

6. The monthly berthing rate was increased to $1,304.65, effective July 1, 2019 after notice to the berth renter.

7. Payments for the berthing have always been sporadic, but as of April 1, 2021 the vessel had accumulated unpaid berthing charges of $6,762.39, despite requests from plaintiff for timely payment and for compliance with the insurance requirement of the Berth License Agreement. The vessel continues to incur berthing charges at said monthly rate until the debt is paid in full or the vessel is removed lawfully from Marina Bay Yacht Harbor.

8. Plaintiff has performed all conditions, covenants and promises required on its part to be performed in accordance with the Berth License Agreement.

9. Plaintiff has demanded payment for the foregoing sums, but neither that sum, nor any part thereof has been paid.

10. Plaintiff claims a maritime lien against defendant vessel, her engines, rigging, sails, boats, tackle, apparel and furniture under Section 31301, et seq., of Title 46 of the United States Code and under general Maritime Law.

Wherefore, plaintiff prays judgment as follows:

A. Process and due form of law and according to the practice of this court in cases of admiralty and maritime jurisdiction issue against the defendant vessel "Qingdao", Official Number 739860, her engines, rigging, sails, boats, tackle, apparel and furniture and the foregoing be attached for $6,762.39, the total amount sued for, plus additional berthing at the daily rate of $43.49 from and after April 30, 2021, plus interest and costs, as allowed by law;

B. All persons claiming any interest therein be required to appear and answer on oath all and singular matters aforesaid;

C. A decree be granted for the amount due to plaintiff as hereinbefore alleged;

D. Defendant vessel be condemned and sold to pay $6,762.39 plus continuing berthing at the daily rate of $43.49 from and after

April 30, 2021, the amount due and owing to plaintiff, plus allowable interest and costs; and

E.  Plaintiff have such other and further relief as in law and justice plaintiff may be entitled to have.

Dated: April ____, 2021.

_____
RICHARD J. ALEXANDER
Attorney for Plaintiff

VERIFICATION

I, Stephen Orosz, am the Harbormaster of plaintiff's Marina Bay Yacht Harbor located in Richmond, California.  I am authorized by the plaintiff to make this verification.  On information and belief, I declare that the document verified is true to the best of my knowledge, information and belief based upon my review of the records maintained by me as the harbormaster and my personal knowledge of the vessel's berthing and charges while located at Marina Bay Yacht Harbor in Richmond, CA.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct, and that this Declaration is executed on April ___, 2021.

_____
Stephen Orosz

VERIFIED COMPLAINT TO ENFORCE MARITIME LIEN - 4