UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHMOND BAY MARINA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE VESSEL "QINGDAO",<br><br>    Defendant. | Case No. 4:21-cv-02959-KAW<br><br>**ORDER TO FILE DISMISSAL BY FEBRUARY 7, 2023; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 29 |

On June 8, 2022, the parties filed a stipulation of settlement and conditional release of vessel or relinquishment of title. Therein, the parties agreed that the Vessel would either be released and removed from the Richmond Bay Marina by December 31, 2022 or that title to the Vessel would be relinquished.

Accordingly, Plaintiff shall file a dismissal by February 7, 2023, absent any extension ordered by the Court.

Finally, the case management conference set for August 16, 2022 is continued to February 21, 2023. The joint case management statement is due on or before February 14, 2023.

IT IS SO ORDERED.

Dated: August 4, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge